IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :  Consolidated Under
                                 MDL DOCKET NO. 875
CERTAIN PLAINTIFFS             :
                                 C 91-1799 CW
       v.                      :  Transferred from the
                                  Northern District of California
CERTAIN DEFENDANTS             :

FILED
APR - 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## O R D E R

AND NOW, this **24th** day of **March 2009**, it is hereby **ORDERED** that a hearing on Defendants' motion for a rule to show cause in accordance with Administrative Order No. 12A, in the cases listed in the attached "Exhibit A", will be held on **Tuesday, April 7, 2009** at **9:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

AND IT IS SO ORDERED

_____
EDUARDO C. ROBRENO, J.

## EXHIBIT A

**CALIFORNIA NORTHERN**

| Plaintiff's Name | E.D. Pa Case No. | Transferor Case No. |
|---|---|---|
| Natividad S. Tangcoy | 09-64104 | 3:97-cv-00363-SI |
| Tony Townsend | NOT YET ASSIGNED | 3:91-cv-01799-CW |
| Ella Mae Young | 09-62920 | 06-cv-07629-SI |